UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-1449 JVS (MLGx) | Date | January 10, 2012 |
| Title | Louis R. Falcon v. Ray LaHood | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION and VACATING SCHEDULING CONFERENCE

    The Court, on its own motion, hereby ORDERS plaintiff(s) to show cause in writing no later than <u>January 30, 2013,</u> why this action should not be dismissed for lack of prosecutio. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

  <u>  X  </u>  Proof of service of summons and complaint as to defendants

    Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

    It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

    **The Court hereby VACATES the Scheduling Conference set for Monday, January 14, 2013 pending the outcome of this Order to Show Cause.**

|  |  | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | kjt |  |